1 KATHERINE HART #76715
Attorney at Law
2 2055 San Joaquin
Fresno, Ca. 93721
3 Telephone: (559) 256-9800
Facsimile: (559) 256-9798
4
Attorney for Defendant
5 JORGE PORTILLO SUAREZ

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-F-07-00180 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE FROM 9/10/07 to 9/24/07 AND REQUESTED ORDER |
| v. | Date: September 24, 2007<br>Time: 9:00 a.m.<br>Dept: OWW |
| JORGE PORTILLO SUAREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL AS FOLLOWS:

That the status hearing previously set for September 10, 2007 at 9:00 a.m. be continued two weeks, to September 24, 2007 at 9:00 a.m., to allow additional time for investigation and preparation. It is further stipulated that time will be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATED: August 28, 2007        /s/ Katherine Hart
                              KATHERINE HART

| | |
|---|---|
| DATED: August 28, 2007 | /s/ Kevin Rooney<br>KEVIN ROONEY, Assistant United States Attorney |

## ORDER

Good cause appearing it is hereby ordered that the status hearing in the case of United States v. Jorge Portillo Suarez, previously set for September 10, 2007 be continued to September 24, 2007 at 9:00 a.m.

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   August 30, 2007** | **/s/ Oliver W. Wanger**<br>UNITED STATES DISTRICT JUDGE |

2