1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  JORGE PORTILLO SUAREZ

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV-F-07-00180 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE FROM 11/30/07 TO 1/07/08 AND REQUESTED ORDER |
| ) | |
| v. ) | Date: January 7, 2008<br>Time: 9:00 a.m.<br>Dept: OWW |
| JORGE PORTILLO SUAREZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL AS FOLLOWS:

That the status hearing previously set for November 30, 2007 at 12:00 p.m. be continued to January 7, 2008 at 9:00 a.m., as counsel for SUAREZ is currently in trial in Fresno County Superior Court and additional time is also needed for resolution of the case. It is further stipulated that time will be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. in that the ends of justice served by the continuance outweigh the best interest of the public and the

1

1 defendant in a speedy trial, since the failure to grant such continuance would deny
2 counsel for the defendant the reasonable time necessary for effective preparation,
3 taking into account the exercise of due diligence.

5 DATED: November 30, 2007        /s/ Katherine Hart
                                  KATHERINE HART

8 DATED: November 30, 2007        /s/ Kevin Rooney
                                  KEVIN ROONEY, Assistant United
                                  States Attorney

## ORDER

Good cause appearing it is hereby ordered that the status hearing in the case of United States v. Jorge Portillo Suarez, previously set for November 30, 207 at 12:00 p.m. be continued to January 7, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   December 1, 2007**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2